"A"

In the United States District Court

For the District of Rhode Island
(Form mailed __________, 198 )

KANTZ LAPORTE

CA 06 77

/Enter above the full mane of the plaintiff or plaintiffs in this action. /

v.-

Civil Action No. __________

AT.WALL INDIVIDUAL CAPACITY

CARL BLAZE CORRECTIONAL OFFICER

TONY INDEGLIA CORRECTIONAL OFFICER

/Enter above the full name of the defendant or defendants in this action/

1.- Previous Lawsuits

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?

Yes /_/ No /✓/

B. If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of ~~paper, using the same outline.)~~

1. Parties to this previous lawsuit

Plaintiffs: __________

Defendants: __________

2. Court /if federal court, name the district; if state court, name the county/: __________

3. Docket number: ______________________

4. Name judge to whom case was assigned: ______________________

5.- Disposition /for example: Was the case dismissed? Was it appealed? Is it still pending?/: ______________________

6. Approximate date of filing law suit: [redacted] 2/13/06

7. Approximate date of disposition: **11/11/03**

II. Place of Present Confinement: **MED#1 MORAN FACILITY**

A. Did you present the facts relating to your complaint to The Warden or any of the prison officials?

Yes /X/ No / /

B. If your answer is YES:

1. What steps dis you take? **APPEALLED DISCIPLINEARY STATUS**

2. What was the result? **APPEAL DENIED**

C. If your answer is NO, explain why not: ______________________

III. Parties

/In item A below, place your name in the first blank. Do the same for additional plaintiffs, if any./

A. Name of plaintiff **KANTZ LAPORTE**

/ In item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item C for the names, position, and places of employment of any additional defendants./

B. Defendant **AT WALL** is employed as **DIERECTOR OF ACI** at **DEPT. OF CORRECTIONS**

C. Additional Defendants: **TONY INDEGLIA CORRECTIONAL OFFICER**

**CARL BLAZE CORRECTIONAL OFFICER**

## IV. Statement of Claim

While being housed at the Medium 2 facility (November 2003) I was subject to 2 assaults by inmate Justino Martin and inmate Scott brown the (2) assaults' occured the same day while on the second floor B-MOD area. The fights took place in the dorm area and bath room area. At the present time the officers' that were working were Tony Indeglia, and Carl blaze. During these 2 altercations the officers were sitting in the caged area watching a Saturday movie with the rest of the inmates. So the officers' did not know exactly what was going on up-untill inmates made the seen noticeable by entering the bathroom at 5 at a time thats when officers became suspicious that something was happening.

In the dorm when I had my first altercation with the 2 individuals' the officers were inside the caged area that is supose to be one officer

continue >

and the other outside the cage.'

During this fight I was beating up but no visible injuries just bruises to my upper lower body. These officers' violated the DOC Policy willingly, wantingly, and recklessly. They violated their duties by not makeing rounds to check on inmates being housed. Due to the fact that these 2 officers' were negligent they were the main cause to plaintiffs' 8th Amendment violation because they failed to perform their duties which caused me to be subject to be deprived of my constitutional right and federal right. These officers' failed to protect me from harms way and they failed to ensure my safety.

In the ending conclusion I was subject to Segregation and told that I was under investigation which I spoke to the investigator and stated to him that I've been having problems with these 2 inmates for quite sometime and made notice to officers' that worked in B-MOD what was going on with me.

Continue →

(Page 3)

Then I was booked by Investigator Babtista. After that d seen the discipline board where I was told I was guilty.

I was not even given a fair chance to prevail on the booking because I was an, inmate. Which is violation of Due Process.

Respectfully Submitted

[signature]

P.O. Box 8274
MED# 1
Cranston, RI 02920
ID# 112874

IV. Statement of Claim

State here as briefly as possible the facts of your case. Discribe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. /Use as much space as you need. Attach extra sheet if necessary./

**STATEMENT ON SEPERATE SHEET**

V. Relief

State briefly exactly what you want the court to do for you.

Make no legal arguments. Cite no cases or statutes.

**RELIEF PLAINTIFF ASKING FOR IS FOR TO BE COMPESATED FOR THE PAIN AND SUFFERING OF CONSTITUTIONAL VIOLATIONS IN THE AMOUNT OF 15,000**

VI. NOTE: Should you fail to execute and return this form within ten days from the date of mailing as recorded on pace 1, this Court will conclude you have abandoned your claim and will dismiss your petition.

Signed this Kantz Laporte day of [redacted] 2/13/06, [redacted] 2006

Kantz Laporte
P.O. Box 8274
Cranston, RI 02920
/Signature of plaintiff or plaintiffs/

VERIFICATION

State of RI )
)
County of PROVIDENCE )

KANTZ LAPORTE, being first duly sworn, under oath, says: that he is the plaintiff in this action and knows the contents of the above complaint; that it is true of his own knowledge, exceptas to those matters that are stated in it on his information and belief; and as to those matters, he believes them to be true.

Kantz Laporte
/Signature of plaintiff

Subscribed and sworn to before

me this ______________ day of ______________,

[redacted] ________.

_______________________________
/Notary Public or other person authorized by law to administer an oath/

# IN FORMA PAUPERIS AFFIDAVIT

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND

KANTZ LAPORTE

v.

AT WALL

TONY INDGLIA
CARL BLAZE OFFICERS

AFFIDAVIT IN SUPPORT OF REQUEST TO PROCEED IN FORMA PAUPERIS

I, KANTZ LAPORTE, being first duly sworn, depose and say that I am the movant in the above entitled case; that in support of a my motion to proceed without being required to prepay fees, costs or give security therefor, I state that because of my poverty, I am unable to pay costs of said proceeding or to give security therefor; that I believe I am entitled to relief.

I further swear that the responses which I have made to questions and instructions below are true.

1. Are you presently employed? Yes ( ) No (✓)

a. If the answer is "yes," state the amount of your salary or wages per month, and give the name and address of your employer.

b. If the answer is "no," state the date of last employment and the amount of the salary and wages per month which you received.

NOVEMBER 2004
AMOUNT OF SALARY 15 dollars an hour

2. Have you received within the past twelve months any money from any of the following sources?

a. Business, profession or form of self-employment? Yes ( ) No (✓)

b. Rent payments, interest or dividends? Yes ( ) No (✓)

c. Pensions, annuities or life insurance payments? Yes ( ) No (✓)

d. Gifts or inheritances? Yes ( ) No (✓)

e. Any other sources? Yes ✓ No ✓

If the answer to any of the above is "yes," describe each source of money and state the amount received from each during the past twelve months.

FROM PARENTS

3. Do you own any cash, or do you have money in a checking or savings account?

Yes (✓) No ( ) (Include any funds in prison accounts)

If the answer is "yes," state the total value of the items owned.

$ 20.00

4. Do you own real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?

Yes (✓) No ( )

If the answer is "yes," describe the property and state its approximate value.

GMC ENVOY 17,000

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support.

PARENTS none

I declare under penaltyof perjury that the foregoing is true and correct.

Executed on [redacted] 2/13/06
(Date)

(Signature)