# UNITED STATES DISTRICT COURT
# FOR THE STATE OF RHODE ISLAND

Kantz Laporte
[redacted], Plaintiff )
)
V. )
)
At. Wall, Defendant )
Individual Capacity
Carl Blaze Official Capacity
Tony Badeglia

United States District Court
CA 06 77
Case # : ____________

## PETITION FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM

Now comes the (Plaintiff)/Defendant in the above entitled action in a petition for issuance of a writ of Habeas Corpus Ad Testificandum. The petitioner states the he is incarcerated Adult Correctional Institution in Cranston, RI which would require the Director of Corrections or his agents, to bring the Petitioner to the United States District Court of Rhode Island, where he is to appear before a Justice of this Court on a motion for Civil Rights Action at a date and time set by the Court.

The Petitioner states the following in support of his petition:

1. He is the Plantiff
2. He is indigent
3. plaintiff states he would like to Appear for Motion to Appoint Counsel.

Wherefore, the Petitioner request that this Honorable Court grant the relief sought and that the ends of justice would best be served by the granting of this request for a writ.

Dated: 2/13/06

Respectfully Submitted,

Kantz Laporte, Pro Se
P.O.Box 8[redacted]9 8274
Cranston, R.I. 02920

## CERTIFICATION OF SERVICE

I, Kantz Laporte, hereby certify that on 2/13/06, I caused a true copy of this motion to the Office of the U.S. Attorney's Office, located at 50 Kennedy Plaza, 8th Floor, Providence, R.I. 02903

Kantz Laporte