# IN FORMA PAUPERIS AFFIDAVIT

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND

KANTZ LAPORTE
v.
AT WALL
TONY INDGLIA
CARL BLAZE OFFICERS

AFFIDAVIT IN SUPPORT OF REQUEST TO PROCEED IN FORMA PAUPERIS

I, KANTZ LAPORTE, being first duly sworn, depose and say that I am the movant in the above entitled case; that in support of a my motion to proceed without being required to prepay fees, costs or give security therefor, I state that because of my poverty, I am unable to pay costs of said proceeding or to give security therefor; that I believe I am entitled to relief.

I further swear that the responses which I have made to questions and instructions below are true.

1. Are you presently employed? Yes ( ) No (✓)

a. If the answer is "yes," state the amount of your salary or wages per month, and give the name and address of your employer.

________________________________________

________________________________________

b. If the answer is "no," state the date of last employment and the amount of the salary and wages per month which you received.

NOVEMBER 2004
AMOUNT OF SALARY 15 dollars an hour

2. Have you received within the past twelve months any money from any of the following sources?

a. Business, profession or form of self-employment? Yes ( ) No (✓)

b. Rent payments, interest or dividends? Yes ( ) No (✓)

c. Pensions, annuities or life insurance payments? Yes ( ) No (✓)

d. Gifts or inheritances? Yes ( ) No (✓)

e. Any other sources? Yes ✓ No

If the answer to any of the above is "yes," describe each source of money and state the amount received from each during the past twelve months.

FROM PARENTS

3. Do you own any cash, or do you have money in a checking or savings account?

Yes (✓) No ( ) (Include any funds in prison accounts)

If the answer is "yes," state the total value of the items owned.

$ 20.00

4. Do you own real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?

Yes (✓) No ( )

If the answer is "yes," describe the property and state its approximate value.

GMC ENVOY 17,000

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support.

PARENTS none

I declare under penalty of perjury that the foregoing is true and correct.

Executed on [redacted] 2/13/06
(Date)

(Signature)

Rhode Island Departement of Corrections

Inmate Statment for 12/31/2005 - 1/31/2006

ID#: 112874

Name: LAPORTE, KANTZ

Date of birth: 1980-06-08

Location: MED - FMODR - 12T

Balances as of 1/31/2006 :

| Available | - Debt | + Encumbered | = Account Balance |
|---|---|---|---|
| 0.00 | -16.26 | 5.00 | -11.26 |

Account activity:

| Date | Transaction Type | Transaction Description | Amount | Resulting Balances: Available | Debt | Encumbered |
|---|---|---|---|---|---|---|
| 1/11/2006 | LEGAL COPY | LEGAL COPIES MED 12/12/05 - 12/31/05 | 0.60 | 0.00 | 13.76 | 5.00 |
| 1/30/2006 | LEGAL COPY | LEGAL COPIES MED 1/1-1/16 | 2.50 | 0.00 | 16.26 | 5.00 |

Due to computer posting the 'Balances as of 1/31/2006' may not reflect all trransactions posted for this period. Carefully review the information on this statement. If you question or dispute any item you must submit a request form to the inmate accounts office within 30 days.