UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND


KANTZ LAPORTE

v.                                                          C.A. No.   06-077 ML

A.T. WALL, et al.


MEMORANDUM AND ORDER

   Plaintiff Kantz Laporte, *pro se*, a prisoner confined at the Rhode Island Department of Corrections, has filed a Complaint together with a request to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. Plaintiff has not, however, filed a certified copy of his prison trust account statement for the six month period <u>immediately preceding</u> the filing of the complaint on February 17, 2006. See 28 U.S.C. § 1915(a)(2). Plaintiff will be provided an opportunity to submit a copy of his prison trust account statement in support of his request to proceed in forma pauperis.

   Accordingly, **IT IS HEREBY ORDERED** that the plaintiff shall submit, within twenty days of the date of this order:

> 1. A certified copy of his prison trust account statement for the six month period immediately preceding the filing of the Complaint, or **from August 17, 2005 to February 16, 2006.** **Said copy must show the credit to, and the monthly balances therein.**

   Failure to comply with this order will result in a dismissal of this action.


   IT IS SO ORDERED.

   _____
   Jacob Hagopian
   Senior United States Magistrate Judge
   Date: 2F Feb 06