STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS

STATE OF RHODE ISLAND
PROV US D.C
Kantz LaPorte

Vs.

Atwall et al.

United States District Court

Case No. 06-077 ML

MOTION TO APPOINT COUNSEL

Now comes the petitioner, Kantz Laporte in the above entitled matter, Pro-Se, and respectfully requests this Honorable Court to appoint counsel in this matter and as grounds, state as follows:

1. The petitioner is not a lawyer and has no formal knowledge of the law and as such cannot fully represent the issues to be brought before this Court for consideration unless he is appointed counsel to represent him.

2. The action before the Court involves very serious violations of the petitioner's Constitutional rights, and the issue is complex, and raises complex factual and legal issues in which both appellate courts strongly recommend that the court appoint Pro-Se prisoners Counsel and expert witnesses as needed.

3. The petitioner cannot present valid argumentation before the court without the assistance of counsel.

4. Petitioner asserts that in essence he will be denied the Constitutional rights guaranteed him if he is forced to represent his motion without the benefit of counsel.

5. Without the benefit of Counsel, meaningful representation of the case at bar will be denied to petitioner as well as his right to access and redress to the Court of his issues.

6. Petitioner is without the financial means to employ private counsel to represent him in this instant matter.

WHEREFORE, your petitioner respectfully requests this Honorable Court to:

A. Appoint Counsel to represent him in the case before this Court.

B. Grant as necessary funds to obtain the services of a private investigator to help gather evidence and further investigate alleged violations to his rights.

C. Grant any further relief that the Court may deem just and proper

Respectfully Submitted:

Hantz Laporte Pro-Se:
P.O. Box 8274
CRANSTON, R.I. 02920

## CERTIFICATION

I, the undersigned do hereby certify that I have mailed a true copy of the within motion(s) to the Attorney General's Office at 150 South Main Street Providence R.I. 02903, Also 90 Howard Ave Cranston to At WAy

on this 7th day of March 2006.

Hantz L