United States District Court
For the District Of Rhode Island

Kantz Laporte :
vs. : C.A. No. 06-077ml
At. Wall, etal. :

# Appeal for Plaintiff

Plaintiff is appealing the courts decision to deny plaintiff counsel. Judge Hogopian denied Motion to Appoint for the following reasons being the case isn't complex enough.

Plaintiff states discovery will be an issue on said defendants. Also being able to attend the prison library thats another issue. Plaintiff also states that he doesn't have enough legal Knowledge to conduct hearings. Plaintiff also suffers from being nervous at times in front of Judges. Also being able to draft interrogatories on said defendants is an issue because plaintiff doesn't have a type writer to use. Another issue is the legal complexity and being able to use or obtain case Law and Doc policies that said defendants violated. Last issue is cross examining defendants.

→ next page

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**KANTZ LAPORTE**

**v.** **C.A. No. 06 - 077 ML**

**A.T. WALL, et al.**

**MEMORANDUM AND ORDER**

Plaintiff Kantz Laporte, *pro se*, is currently before the Court on two motions to appoint counsel to represent him in the instant civil action. (Dck. # 2 & 6).

In the appropriate case, the Court may request that an attorney represent a plaintiff in a civil action. However, there is no absolute constitutional right to a "free lawyer" in a civil case. DesRosier v. Moran, 949 F.2d 15, 23 (1st Cir. 1991). Absent exceptional circumstances, the Court can not appoint counsel in a civil matter. Id. At 23. Exceptional circumstances can include, *inter alia,* the merits of the case, the complexity of the legal issues, and the litigant's ability to represent himself. Id.

I have reviewed the plaintiff's motions and his complaint. Here, the issues presented in the complaint are not so complex that the plaintiff is unable to represent himself. Moreover, plaintiff's motions and complaint demonstrate that he is able to present the facts and the issues himself. Accordingly, plaintiff's two motions are **DENIED.**

IT IS SO ORDERED.

Jacob Hagopian
Senior United States Magistrate Judge
Date: 17 Mar 06

United States District Court
For the District of Rhode Island

Kantz Laporte

C.A. No. 06-077 ML

vs.

RECEIVED

MAR 20 2006

Property of U.S. District Court
District of Rhode Island

At wall, et al.

Notice of Appeal to 1st Cir
OR Federal Court

Plaintiff Kantz Laporte, pro se, is currently before this court on 2 motions. Motion for Appeal and motion for Appointment of counsel

On March 13th 2006 plaintiff was denied counsel and is requesting counsel for Appeal.

Certification

I Kantz Laporte currently in Medium Security (Segregation Unit RM 15 served a true copy to A.T. Wall 40 Howard Ave.