United States District Court
For the District Of Rhode Island

Kantz Laporte : C.A. No. 06-077 ML
vs. :
At. Wall, etal. :

Plaintiff motion for Appointment of counsel for his Appeal in Federal Court.

Plaintiff Kantz Laporte, pro se, is currently before the court on motion to Appoint counsel for his appeal. Plaintiff states that he is in Segregation and cannot fight his claim because he cannot attend the prison library. He's also asking that the courts take his handwritten motion into consideration. plaintiff also states that he is uncertain to where he has to file his appeal because he doesn't have access to the prison library. plaintiff also states that he is indigent and cannot afford an attorney.

Wherefor the plaintiff prays that the honorable court grant the said motion for plaintiffs appeal. Plaintiffs cites case United States vs Tabron 6 F3d 1147 Appeal (1993)

page 2
Appeal
for plaintiff.

cont→ Plaintiff does not have enough legal Knowledge [redacted] to conduct CROSS examinations on Creaditability issces.

Plaintiff cites case United States
vs
Tabron
6 F.3d 1147
appeal 3rd Cir (1993)

United States District Court
For the District of Rhode Island

Kantz Laporte

C.A. No. 06-077 ML

VS.

RECEIVED

MAR 20 2006

Property of U.S. District Court
District of Rhode Island

At Wall, etal.

Notice of Appeal to 1st Cir
OR Federal Court

Plaintiff Kantz Laporte, pro se, is currently before this court on 2 motions. Motion for Appeal and motion for Appointment of counsel.

On March 13th 2006 plaintiff was denied counsel and is requesting counsel for Appeal.

Certification

I Kantz Laporte currently in Medium Security (Segregation Unit RM15 served a true copy to At. Wall 40 Howard Ave.