United States District Court
FOR the District Of Rhode Island.

Kantz Laporte : C.A. No. 06-077 ML
VS. :
At. Wall, etal. :

Plaintiff motion for Appointment of counsel for his Appeal in Federal Court.

Denied. Mary M. Lisi USDJ 3/21/06

Plaintiff Kantz Laporte, PRO SC, is currently before the Court on motion to Appoint counsel for his appeal. Plaintiff states that he is in Segregation and cannot fight his claim because he cannot attend the prison library. He's also asking that the courts take his handwritten motion into consideration. Plaintiff also states that he is uncertain to where he has to file his appeal because he doesn't have access to the prison library. Plaintiff also states that he is indigent and cannot afford an attorney.

Wherefor the plaintiff prays that the honorable court grant the said motion for plaintiffs appeal. Plaintiffs Cites case United States vs Tabron 6 F3d 147 Appeal (1993)

page 2
Appeal
for plaintiff.

cont→ Plaintiff does not have enough legal Knowledge [redacted] to conduct CROSS examinations on Creditability issces.

Plaintiff cites case United States
vs
TAbRon
6. F.3d 1147
appeal 3rd CiR (1993)