UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

KANTZ LAPORTE

v. CA 06-077 ML

A.T. WALL, et al.

ORDER

On February 28, 2006, Senior United States Magistrate Judge Hagopian issued a Memorandum and Order wherein Plaintiff was directed to submit a certified copy of his prison trust account for the period August 17, 2005 through February 16, 2006. Plaintiff was warned that failure to comply with the order would result in a dismissal of this action.

As of this date, Plaintiff has not submitted a certified copy of his prison trust account as ordered. Accordingly, this action is hereby DISMISSED.

SO ORDERED:

Mary M. Lisi
Mary M. Lisi
United States District Judge
~~March~~ April 5, 2006